1 | REGINA J. McCLENDON (State Bar No. 184669)
    HAROLD R. JONES (State Bar No. 209266)
2 | SEVERSON & WERSON
    A Professional Corporation
3 | One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
4 | Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
5 |
    Attorneys for Defendant
6 | MORTGAGE INVESTORS
    CORPORATION
7 |

FILED
06 NOV -6 PM 1:52
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11 | ERLINDA B. ICAYAN,                    Case No.: 05-CV-1185 IEG (CAB)

12 |         Plaintiff,
                                           **STIPULATION OF DISMISSAL
13 |    vs.                                AND ORDER**

14 | MORTGAGE INVESTORS CORPORATION
     dba AMERICAN MORTGAGE
15 | CORPORATON, an Ohio Corporation,

16 |         Defendant.

10488/0003/600282.1

Case No.: 05-CV-1185 IEG (CAB)

1     It is hereby stipulated by and between defendant Mortgage Investors Corporation and
2 plaintiff Erlinda Iyayan that plaintiff's individual claims in this matter shall be dismissed with
3 prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The claims plaintiff
4 has asserted on behalf of the putative class are dismissed without prejudice. Each party shall bear
5 its own costs and attorneys' fees.

7 DATED: November 2, 2006     SEVERSON & WERSON
8     A Professional Corporation

10     By: /s/ Regina J. McClendon

11     Attorneys for Defendant
12     MORTGAGE INVESTORS CORPORATION

13 DATED: October 31, 2006     LENDRUM LAW FIRM
    A Professional Corporation

16     By: /s/ Jeffrey P. Lendrum

17     Attorney for Plaintiff
    ERLINDA B. ICAYAN

19 IT IS SO ORDERED.

21 DATED: 11/3/06

    Hon. Irma E. González
    United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION OF DISMISSAL**

on all interested parties in said case addressed as follows:

Jeffrey P. Lendrum
Lendrum Law Firm
600 W. Broadway, Suite 1150
San Diego, CA 92101

**x (BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices.

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on November 2, 2006.

Yvonne Coleman